# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wheels Mechanical Contracting and Supplier, Inc. | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No. 1803 C.D. 2016 |
| | : | |
| The West Jefferson Hills School District and Nello Construction and Laborers' District Council of Western Pennsylvania, and Plumbers Local Union No. 27 | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appeal of: West Jefferson Hills School District | : | |
| | : | |

| | | |
|---|---|---|
| Wheels Mechanical Contracting and Supplier, Inc. and Plumbers Local Union No. 27 | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No. 1827 C.D. 2016 |
| | : | |
| The West Jefferson School District Nello Construction, and Laborers' District Council of Western Pennsylvania | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appeal of:  Laborers' District Council of Western Pennsylvania | : | |
| | : | |

Wheels Mechanical Contracting
and Supplier, Inc.

v.

The West Jefferson Hills School
District and Nello Construction

v.

Laborers' District Council of Western
Pennsylvania, and Plumbers Local
Union No. 27

Appeal of:  Nello Construction

:
:
:
:
: No. 1828 C.D. 2016
: Argued:  February 6, 2017
:
:
:
:
:
:
:
:
:
:
:
:
:

**PER CURIAM**

# O R D E R

**NOW,** this 9th day of <u>March</u>, 2017, it is ordered that the above-captioned Memorandum Opinion, filed February 28, 2017, shall be designated OPINION and shall be REPORTED.